[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 380.]

THE STATE EX REL. LOCKER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF

OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Locker v. Indus. Comm.*, 1998-Ohio-232.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel.*

*Gay relief ordered.*

(No. 96-278—Submitted May 26, 1998—Decided July 22, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD11-1631.

————————————

*Brian & Brian Law Office* and *Richard F. Brian*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Constance A. Snyder*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Black, McCuskey, Souers & Arbaugh* and *Mary E. Randall*, for appellee Visiting Care, Inc.

*Buckingham, Doolittle & Burroughs, L.P.A.,* and *Richard A. Hernandez*, for appellee Canton Christian Home.

*Porter, Wright, Morris & Arthur* and *Christopher C. Russell*, for appellee Sanese Services, Inc.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

————————————